**DISMISS and Opinion Filed February 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00002-CV

**CHARLES A. WALLACE, M.D., INDIVIDUALLY AND D/B/A
A NEW REFLECTION COSMETIC SURGERY CENTER, AND
CHARLES A. WALLACE, M.D., P.A., Appellants**

**V.**

**ROSE MARIE ELLIOTT, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-14-02403-C**

## MEMORANDUM OPINION
Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Bridges

Before the Court is appellants' motion to dismiss the appeal. Appellants have informed the Court that the appeal is now moot. On January 26, 2015, the trial court signed an order granting appellee's notice of nonsuit and dismissing her claims with prejudice. Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

150002F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## **JUDGMENT**

CHARLES A. WALLACE, M.D.,
INDIVIDUALLY AND D/B/A
A NEW REFLECTION COSMETIC
SURGERY CENTER, AND
CHARLES A. WALLACE, M.D., P.A.,
Appellants

No. 05-15-00002-CV        V.

ROSE MARIE ELLIOTT, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas.
Trial Court Cause No. CC-14-02403-C.
Opinion delivered by Justice Bridges.
Justices Fillmore and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ROSE MARIE ELLIOTT recover her costs of this appeal from appellants CHARLES A. WALLACE, M.D., INDIVIDUALLY AND D/B/A A NEW REFLECTION COSMETIC SURGERY CENTER, AND CHARLES A. WALLACE, M.D., P.A..

Judgment entered February 4, 2015.